### The Chicago and Alton Railroad Company

*v.*

### The City of Joliet.

*Filed at Ottawa January 15, 1895.*

The questions in this case are settled by what was said in *Chicago and Alton Railroad Co.* v. *City of Joliet,* 153 Ill. 649.

Per Curiam: The questions presented by this record are the same as arose in *Chicago and Alton Railroad Co.* v. *City of Joliet,* 153 Ill. 649, and this case must be controlled by the decision in that case.

The judgment of the county court will be affirmed.

*Judgment affirmed.*